EDWARD W. CLAUSS v. THE TOWNSHIP OF UNION.

July 21, 1982.

Petitions for certification denied.

T.S.J.S. OF GARFIELD, INC., T/A RAM'S HORN v. MAYOR AND
COUNCIL OF THE CITY OF GARFIELD.

July 21, 1982.

Petition for certification denied.

ILENE GOLDEN v. ABRAHAM GOLDEN.

July 21, 1982.

Petition for certification denied.

NEW JERSEY DIVISION OF YOUTH AND FAMILY
SERVICES v. A.C.

July 21, 1982.

Petition for certification denied.